IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CARLESE JENEAN HALL,**

    *Petitioner*,

v.                                      Case No.: 4:21cv393-MW/HTC

**ERICA STRONG, Warden,**

    *Respondent*.
_____/

## ORDER REJECTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 14, and has also reviewed *de novo* Petitioner's objections, ECF No. 15. Petitioner asserts she has requested "a BP-199 form to extract $15 from her prison account," and that "[t]his request is currently being processed." *Id*. at 3. Accordingly, this Court will afford Petitioner one final opportunity to comply with the Magistrate Judge's orders to submit payment for copies of her petition or to provide service copies to the Clerk.  Accordingly,

    **IT IS ORDERED**:

The report and recommendation, ECF No. 14, is **rejected.** Petitioner must provide two (2) additional service copies of her petition or payment therefor to the

Clerk **on or before May 31, 2022**. This case is remanded to the Magistrate Judge for all further proceedings.

**SO ORDERED on April 26, 2022.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**