IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CARLESE JENEAN HALL,**

    *Petitioner*,

v.                                 Case No.: 4:21cv393-MW/MAL

**WARDEN ERICA STRONG,**

    *Respondent*.

_____/

### ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 55, and has also reviewed *de novo* Petitioner's objections, ECF No. 58. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 55, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Ground One in Petitioner's § 2241 petition, ECF No. 1, is **DENIED on the merits**. Ground Two is **DENIED as moot**." The Clerk shall close the file.

**SO ORDERED on September 17, 2024.**

                                                   **s/Mark E. Walker**
                                                   **Chief United States District Judge**